**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2072**

———————

DONNA L. BOULWARE,

Plaintiff - Appellant,

versus

JOHNIE WILSON, Commanding General, Department
of the Army,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T. S Ellis, III, District Judge.
(CA-96-1669-A)

———————

Submitted:  October 23, 1997      Decided:  November 13, 1997

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Donna L. Boulware, Appellant Pro Se.  Thomas Mercer Ray, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's adverse grant of summary judgment, denial of her motion for reconsideration, and dismissal of Appellant's case filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Boulware v. Wilson</u>, No. CA-96-1669-A (E.D. Va. June 18, 1997; July 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2